# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

JEFFREY BEATTY,

    Plaintiff,

Case: 2:17-cv-12551-DPH-RSW

vs.

OCWEN LOAN SERVICING, LLC,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the Plaintiff and Defendant as is evidenced by the signatures of their counsel below, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear its own attorneys' fees and costs.

**SO ORDERED:**

Dated: September 28, 2018

                s/Denise Page Hood
                District Judge Denise Page Hood

301920745v1 1001418

2

**STIPULATED TO BY:**

| JEFFREY BEATTY, PLAINTIFF | OCWEN LOAN SERVICING, LLC, DEFENDANT |
|---|---|
| */s/Rex C. Anderson* | */s/Jennifer W. Weller* |
| Rex C. Anderson | Jennifer W. Weller |
| Law Offices of Rex Anderson PC | Hinshaw & Culbertson LLP |
| 9459 Lapeer Road, Suite 101 | 151 N. Franklin Street, Suite 2500 |
| Davison, MI  48423 | Chicago, IL  60606 |
| Email:  Rex@rexandersonpc.net | Email:  jweller@hinshawlaw.com |

2